# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 122 WAL 2018
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
DARIN DAVIS,  JR., :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.